UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OLIVIA BROCK,
                      Plaintiff,

v.

ENTERPRISE HOLDINGS, INC;
ENTERPRISE RENT-A-CAR; ELRAC, LLC;
JUSTIN MURPHY, individually and in his
official capacity; and SARA MATZKIN,
individually and in her official capacity,
                      Defendants.
------------------------------------------------------------x

**ORDER**

17 CV 7873 (VB)

      As discussed at a conference today, which counsel for all parties attended in person, it is HEREBY ORDERED:

      1.    The Court will separately docket the parties' Stipulation and Proposed Order dismissing the two individual defendants, Justin Murphy and Sara Matzkin.

      2.    The Court also will separately refer this case to Magistrate Judge Lisa M. Smith for a settlement conference, not to occur before January 28, 2020, to allow the parties further time to discuss settlement.

      3.    If the parties fail to agree on the terms of plaintiff's accounting for sanctions regarding the Court's May 29, 2019, Order (Doc. #52), by December 23, 2019, the parties shall file a joint letter with their respective positions. If the parties do not submit a joint letter by December 23, 2019, or plaintiff otherwise fails to seek relief from the Court by December 23, 2019 the Court will consider plaintiff to have forfeited her right to sanctions under the May 29 Order.

      4.    The next case management conference before Judge Briccetti is scheduled for March 13, 2020, at 10:00 a.m. If the parties have not settled the case by that conference, the Court will schedule a trial. Accordingly, all counsel shall come prepared to schedule a trial.

Dated: December 16, 2019
       White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge