UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7

----------------------------------------------------------x

OLIVIA BROCK,
                 Plaintiff,

v.

ENTERPRISE HOLDINGS, INC;
ENTERPRISE RENT-A-CAR; and ELRAC,
LLC;
                 Defendants.

----------------------------------------------------------x

**ORDER**

17 CV 7873 (VB)

      The Court has been advised that the settlement conference before Magistrate Judge Smith was unsuccessful. Accordingly, by March 9, 2020, the parties are directed to submit a joint pretrial order pursuant to Paragraph 4(A) of Judge Briccetti's Individual Practices.

      The status conference scheduled for March 13, 2020, at 10:00 a.m., shall proceed as scheduled.

Dated: February 7, 2020
       White Plains, NY

                 SO ORDERED:

                 _____
                 Vincent L. Briccetti
                 United States District Judge