UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
OLIVIA BROCK,
               Plaintiff,

v.

ENTERPRISE HOLDINGS, INC.;
ENTERPRISE RENT-A-CAR, and
ELRAC, LLC,
               Defendants.
------------------------------------------------------x



**ORDER OF DISMISSAL**

17 CV 7873 (VB)

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than May 12, 2020. To be clear, any application to restore the action must be filed by May 12, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All pending deadlines and scheduled conferences are adjourned without date.

      The Clerk is instructed to close terminate the motion (Doc. #69) and close this case.

Dated: March 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge